JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI CHALAL,<br><br>　　　Petitioner,<br><br>v.<br><br>MARK BOWEN et al.,<br><br>　　　Defendants. | Case No. 5:25-cv-03546-SB-DSR<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order issued on this day, it is ordered that Petitioner Ravi Chalal's petition for a writ of habeas corpus is dismissed as moot.

　　This is a final judgment.

Date: January 15, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1